PROB 22
(MD/PA 01/24)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | |
| 1:11CR00038-001 | |
| DOCKET NUMBER *(Rec. Court)* | |
| 2:25-cr-00160-APG-BNW | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Pennsylvania | Harrisburg |

Billy Lee Banks

☑ FILED          RECEIVED
☐ ENTERED       SERVED ON

JUNE 4 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Yvette Kane |
| United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | September 17, 2024 | September 16, 2029 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and more of Heroin -- 21 U.S.C. § 846

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE</u> DISTRICT OF <u>PENNSYLVANIA</u>

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| 5/30/25 | s/ Yvette Kane |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 6, 2025 | |
|---|---|
| *Effective Date* | *United States District Judge* |

### UNITED STATES PROBATION OFFICE
### DISTRICT OF NEVADA
### MEMORANDUM

RE: Billy Lee Banks

Case No.:  1:11CR00038

### **REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISIDCTION**

June 4, 2025

TO:    The Honorable Judge

On August 16, 2012, Mr. Banks was sentenced the Middle District of Pennsylvania to 188 months custody followed by five (5) years' supervised release for having committed the offense Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Heroin. Mr. Banks commenced supervision in the District of Nevada on September 17, 2024.

Mr. Banks plan to remain in Las Vegas for the duration of supervision. To expedite any future matters which may require the Court's attention, it is recommended the Court accept jurisdiction of this case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans*    Digitally signed by Erica Hogans
Date: 2025.06.04 15:02:22 -07'00'

_____
Erica Hogans
US Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.06.04 12:55:38 -07'00'

_____
Steve Goldner
Supervisory United States Probation Officer